42 A.3d 137

IN THE MATTER OF JEFFREY L. KRAIN,
AN ATTORNEY AT LAW.

December 4, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–052, concluding that as matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4)(E), **JEFFREY L. KRAIN** of **BRIGANTINE,** who was admitted to the bar of this State in 1978, should be suspended from the practice of law for a prospective period of one year based on discipline imposed in the Commonwealth of Pennsylvania for conduct that in New Jersey violates *RPC* 5.5(a) and (b) (practicing law while ineligible), *RPC* 8.4(c) (conduct involving dishonesty fraud, deceit or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And respondent having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And the Court having determined from its review of the matter that a one-year term of suspension retroactive to November 18, 2008, is the appropriate quantum of discipline for respondent's unethical conduct;

It is ORDERED that **JEFFREY L. KRAIN** is suspended from the practice of law for a period of one year and until the further Order of the Court, retroactive to November 18, 2008; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.